■ JOHN KOEPPEL, Appellant, v VOLKSWAGEN GROUP OF AMERICA, INC., et al., Respondents. [41 NYS3d 702]—

Order, Supreme Court, New York County (Anil C. Singh, J.), entered October 26, 2015, which denied plaintiff's motion for leave to renew defendants' motion to dismiss the complaint, unanimously affirmed, with costs.

This Court affirmed the dismissal of the complaint for failure to allege facts from which it could be inferred that defendants participated in plaintiff's business partners' alleged scheme to defraud plaintiff out of his ownership of a Volkswagen dealership (128 AD3d 441 [1st Dept 2015]). Plaintiff seeks renewal on the basis of an affidavit by one of his partners that he contends implicates defendants in the alleged scheme.

Plaintiff failed to provide reasonable justification for his failure to present the new evidence on defendants' motion (CPLR 2221 [e] [3]). In any event, the new facts do not change

the original determination (CPLR 2221 [e] [2]). The affidavit contains no facts establishing that defendants knew of the alleged fraud. Concur—Tom, J.P., Acosta, Andrias, Moskowitz and Kahn, JJ.